

**FILED**



United States District Court
Eastern District of California

DEC 3 0 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____  **FMN**
                DEPUTY CLERK

Juana Beatriz Hernandez

Plaintiff(s)

v.

Case Number: | 1:25-cv-02020-KES-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Bondi, et al

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Brian Patrick Conry _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Juana Beatriz Hernandez

On _____09/24/1982_____ (date), I was admitted to practice and presently in good standing in the
_____Oregon_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: _____12/23/2025_____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Brian Patrick Conry |
| Law Firm Name: | Brian Patrick Conry P.C. |
| Address: | 1300 SW 6th AVE Ste 310 |
| City: | Portland       State:  OR     Zip: 97201 |
| Phone Number w/Area Code: | (503) 274-4430 |
| City and State of Residence: | Portland, Oregon |
| Primary E-mail Address: | bpconry@gmail.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sabrina Damast |
| Law Firm Name: | Law Office of Sabrina Damast, Inc. |
| Address: | 510 West 6th Street Ste 330 |
| City: | Los Angeles       State:  CA     Zip:  90014 |
| Phone Number w/Area Code: | (323) 475-8716       Bar #   305710 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/30/25

_____
JUDGE, U.S. DISTRICT COURT



Oregon State Bar

# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**BRIAN CONRY, BAR NO. 822245**

was admitted to practice law in the State of Oregon by Examination and became an Active licensee of the Oregon State Bar on September 24, 1982.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Conry is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 18th day of December 2025.

Sarra Yamin
Regulatory Counsel

*Kerri Deegan*

Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222    toll-free in Oregon (800) 452-8260                    www.osbar.org