# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA BEATRIZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | Case No. 1:25-cv-02020-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On February 9, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to immediately release Petitioner. (ECF No. 14.) On February 12, 2026, Respondents filed a status report stating that "Petitioner has been released from custody in accordance with the Court's Order." (ECF No. 15.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's February 9, 2026 order and to close the case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**　　　　　　 /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE